**ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW    WASHINGTON, DC 20036-5802
202.778.1800    202.822.8106 fax    www.zuckerman.com

Steven M. Salky
Partner
202-778-1828
ssalky@zuckerman.com

**RECEIVED**

OCT 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

October 10, 2007

**VIA HAND DELIVERY**

Clerk
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

    Re:    *SEC v. Federal Home Loan Mortgage Corporation, et al.*
             *Civil Action No. 07-cv-1728-RCL*

Dear Clerk:

    Please find enclosed a check in the amount of $125,000.00 in payment of the penalty specified in the Final Judgment as to Defendant Vaughn A. Clarke in the above-captioned case.

    You have already received, or will be receiving soon, a wire transfer from the Federal Home Loan Mortgage Corporation in the amount of $39,077.00, representing the disgorgement and interest thereon also required by the Final Judgment as to Defendant Clarke.

Sincerely,

*[signature]*

Steven M. Salky

```
DUPLICATE

Court Name: District of Columbia
Division: 1
Receipt Number: 4616007426
Cashier ID: 1fizer
Transaction Date: 10/10/2007
Payer Name: VAUGHN A CLARKE
----------------------------------------
TREASURY REGISTRY
 For: VAUGHN A CLARKE
 Case/Party: D-DCX-1-07-CV-001728-003
 Amount:       $125,000.00
----------------------------------------
CHECK
 Check/Money Order Num: 676
 Amt Tendered:   $125,000.00
----------------------------------------
Total Due:       $125,000.00
Total Tendered:  $125,000.00
Change Amt:      $0.00


Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged. A
$45 fee will be charged for a
returned check.
```