07-1728(RCL)

```
Court Name: District of Columbia
Division: 1
Receipt Number: 4616007414
Cashier ID: lfizer
Transaction Date: 10/10/2007
Payer Name: DAVID W GLENN
------------------------------------
TREASURY REGISTRY
 For: DAVID W GLENN
 Case/Party: D-DCX-1-07-CV-001728-002
 Amount:         $125,000.00
------------------------------------
CHECK
 Check/Money Order Num: 462816254
 Amt Tendered:   $125,000.00
------------------------------------
Total Due:       $125,000.00
Total Tendered:  $125,000.00
Change Amt:      $0.00


Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged. A
$45 fee will be charged for a
returned check.
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE
COMMISSION,
100 F St., NE
Washington, D.C. 20549,

    Plaintiff,

v.

FEDERAL HOME LOAN MORTGAGE
    CORPORATION,
DAVID W. GLENN,
VAUGHN A. CLARKE,
ROBERT C. DEAN, and
NAZIR G. DOSSANI,

    Defendants.

07 1728

FILED

SEP 28 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## FINAL JUDGMENT AS TO DEFENDANT DAVID W. GLENN

The Securities and Exchange Commission having filed a Complaint and Defendant David W. Glenn ("Defendant") having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or

1