07-1728 (RCL)

```
Court Name: District of Columbia
Division: 1
Receipt Number: 4616007546
Cashier ID: lfizer
Transaction Date: 10/15/2007
Payer Name: ROBERT C OR AMY DEAN
------------------------------------
TREASURY REGISTRY
 For: ROBERT C OR AMY DEAN
 Case/Party: D-DCX-1-07-CV-001728-004
 Amount:      $65,000.00
------------------------------------
CHECK
 Check/Money Order Num: 2987
 Amt Tendered: $65,000.00
------------------------------------
Total Due:      $65,000.00
Total Tendered: $65,000.00
Change Amt:     $0.00

07 1728

Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged. A
$45 fee will be charged for a
returned check.
```

**RECEIVED**

OCT 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT