



8200 Jones Branch Drive
McLean, VA 22102-3110

VIA HAND DELIVERY

October 11, 2007

Nancy Mayer-Whittington
Clerk of the Court
US District Court for the District of Columbia
333 Constitution Ave., NW
Washington, DC 20001

    Re:    SEC v. Federal Home Loan Mortgage Corporation, et. al.,
             No. 1:07-cv-01728-RCL

Dear Ms. Mayer-Whittington:

    Pursuant to the Final Judgments entered in the above-referenced case filed in the United States District Court for the District of Columbia, enclosed please find confirmation of payment by wire-transfer in the amount of $50,365,387.00. This amount covers payment of the full judgment against defendant Federal Home Loan Mortgage Corporation, as well as disgorgement and prejudgment interest for individual defendants David W. Glenn, Vaughn A. Clarke, Robert C. Dean, and Nazir G. Dossani, and is broken down individually as follows:

| | |
|---|---:|
| Federal Home Loan Mortgage Corporation | $ 50,000,001.00 |
| David W. Glenn | $ 197,747.00 |
| Vaughn A. Clarke | $ 39,077.00 |
| Robert C. Dean | $ 46,259.00 |
| Nazir G. Dossani | $ 82,303.00 |

    As directed by the Final Judgment, copies of this letter and confirmation of payment will be transmitted by email to SEC counsel and counsel for each of the individual defendants.

Nancy Mayer-Whittington
Page 2
October 11, 2007

If you have any questions, please contact me at 703-903-2479.

Sincerely,

*Hyacinth Grey Kucik*

Hyacinth Grey Kucik
Vice President Deputy General Counsel Litigation

**Enclosure**

cc:   Charles Cain
      Steve Salky
      Dan Loeb
      Deborah Meshulam
      Pat O'Donnell

Funds Transfer Detail Screen - Transaction Mode

File  Edit  Process  List  Reports  Broadcasts  View  Admin  Operations  Tools  Window  Help
File  Actions  Tools  Help

**Main** | Beneficiary Info | Originator Info | FI-to-FI Info | Additional Info | SWIFT Info

Account ID: CORP TRANSFER
Repetitive ID: RECBET
Trn Class: Deliver
Counterparty:
(2000) Amount: 850,385,385.00
Sender Info.

(1510) Type Code: 1000  CTR
(3600) BFC:
Adjustment Type:

(3100) ABA: 021033205       Tele. Name: FHLMC WASH
(5000) Originator ID:        Identifier: COR229013
                             Name: FREDDIE MAC
Receiver Info.

(3400) ABA: 031000053        Tele. Name: PNCBANK PHILA
(4200) Beneficiary ID:       Identifier: 5300445268
                             Name: US DISTRICT COURT FOR DC
(6000) Originator to Beneficiary Info        ALC-00004616

TID: 10102007-500443
Linked TID:
Trade ID:
Group ID: 360006
XRef:

Settlement Date: 10/02/2007   (1520) IMAD: 20071010G16289C000074
Processed Date: MMDDYYYY     (1120) OMAD: