07-1728(RCL)

DUPLICATE

Court Name: District of Columbia
Division: 1
Cashier ID: lfizer
Payer Name: FREDDIE MAC CORP
----------------------------------------
TREASURY REGISTRY
 For: FREDDIE MAC CORP
 Case/Party: D-DCX-1-07-CV-001728-001
----------------------------------------
CHECK
 Check/Money Order Num: 80604845
 Amt Tendered: $1.00
----------------------------------------
Total Due:      $1.00
Total Tendered: $1.00
Change Amt:     $0.00


Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged.  A
$45 fee will be charged for a
returned check.

(a)    to employ any device, scheme, or artifice to defraud;

(b)    to obtain money or property by means of any untrue statement of a material fact

or any omission of a material fact necessary in order to make the statements

made, in light of the circumstances under which they were made, not misleading;

or

(c)    to engage in any transaction, practice, or course of business which operates or

would operate as a fraud or deceit upon the purchaser.

### III.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant is

liable for disgorgement of $1, and a civil penalty in the amount of $50,000,000.00 (fifty million)

pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)] and Section 21(d)(3) of the

Exchange Act [15 U.S.C. § 78u(d)(3)].   Defendant shall satisfy this obligation by paying

$50,000,001.00 within ten business days to the Clerk of this Court, together with a cover letter

identifying Federal Home Loan Mortgage Corporation as a defendant in this action; setting forth

the title and civil action number of this action and the name of this Court; and specifying that

payment is made pursuant to this Final Judgment.   Defendant shall simultaneously transmit

photocopies of such payment and letter to the Commission's counsel in this action.  By making

this payment, Defendant relinquishes all legal and equitable right, title, and interest in such

funds, and no part of the funds shall be returned to Defendant.   Defendant shall pay post-

judgment interest on any delinquent amounts pursuant to 28 USC § 1961.

The Clerk shall deposit the funds into an interest bearing account with the Court Registry

Investment System ("CRIS") or any other type of interest bearing account that is utilized by the

Court.  These funds, together with any interest and income earned thereon (collectively, the

3

Lamberth