UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

SECURITIES AND EXCHANGE COMMISSION  :
:
    Plaintiff,  :
:
    v.  :  Civil Action No.
:  07-CV-1728-RCL
:
FEDERAL HOME LOAN  :
    MORTGAGE CORPORATION,  :
DAVID W. GLENN,  :
VAUGHN A. CLARKE,  :
ROBERT C. DEAN, and  :
NAZIR G. DOSSANI,  :
:
    Defendants.  :
_____:

## MOTION TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

The Securities and Exchange Commission respectfully requests that this Court enter an Order instructing the Clerk of the Court to disburse funds on deposit with the Court's registry to pay certain tax obligations of the Distribution Fund in this case.

By separate orders dated September 28, 2007, this Court entered Final Judgment against defendants Federal Home Loan Mortgage Corp. ("Freddie Mac"), David W. Glenn ("Glenn"), Vaughn A. Clarke ("Clarke"), Robert C. Dean ("Dean") and Nazir G. Dossani ("Dossani") pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. Pursuant to the Final Judgments, the following amounts were paid to the Clerk of the Court: $50,000,001 was paid by or on behalf of Freddie Mac; $322,747 was paid by or on behalf of defendant Glenn; $164,077 was paid by or on behalf of defendant Clarke; $111,259 was paid by or on behalf of defendant Dean; and $157,303 was paid by or on behalf of defendant Dossani. The Clerk

-2-

thereafter deposited these amounts into an interest bearing account in the Court Registry Investment System ("CRIS") for the U.S. District Court for the District of Columbia, account number 1:07-CV-1728, under the case name designation "<u>SEC v. Federal Home Loan Mortgage Corporation, David W. Glenn, Vaughn A. Clarke, Robert C. Dean and Nazir G. Dossani</u>" (the "Distribution Fund").

The Distribution Fund constitutes a Qualified Settlement Fund ("QSF") under section 468B(g) of the Internal Revenue Code, 26 U.S.C. § 468B(g), and related regulations, 26 C.F.R. §§ 1.468B-1 through 1.468B-5.

By order dated October 25, 2007, the Court entered an order appointing Damasco & Associates LLP (the "Tax Administrator") to fulfill the tax obligations of the Distribution Fund. Pursuant to that order, the Tax Administrator is required to pay taxes in a manner consistent with treatment of the Distribution Fund as a QSF, and is to be compensated for the tax services provided.

For the 2007 calendar year, the Tax Administrator has determined that the Distribution Fund should make a federal income tax payment in the amount of $114,075 and a DC income tax payment in the amount of $100. See Declaration of Jude P. Damasco in Support of Request to Make Tax Payment, dated February 21, 2008 (the "Declaration"), attached as Exhibit A.

-3-

**WHEREFORE**, for all the foregoing reasons, the Commission respectfully requests that the Court enter the attached proposed Order and grant such other relief as it deems just and proper.

Dated: March 19, 2008                                  Respectfully submitted,

__/s/ Suzanne J. Romajas__
Suzanne J. Romajas (SR-4531)
SECURITIES & EXCHANGE COMMISSION
100 F Street, NE
Washington, DC 20549
Tel: 202-551-4473
Fax: 202-772-9245
E-mail: RomajasS@sec.gov

Attorneys for Plaintiff

# DECLARATION OF JUDE P. DAMASCO IN SUPPORT OF
# REQUEST TO MAKE TAX PAYMENT

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1. I am the managing partner of Damasco & Associates LLP ("Damasco"), located at 700 Monte Vista Lane, Half Moon Bay, CA 94019. I am a certified public accountant.

2. Damasco was appointed as Tax Administrator for the SEC v Federal Home Distribution Fund in the Order Appointing Damasco & Associates as Tax Administrator, Civil Action No. 07-CV-1728-RCL filed on October 25, 2007.

3. As Tax Administrator, Damasco has determined that the SEC v Federal Home Distribution Fund owes $114,175 in tax liability for the tax year 2007. This tax payment is due March 17, 2008. The breakdown is as follows:

|  | Amount Due |
|---|---|
| U.S. Return: | $114,075 |
| DC Return: | $100 |
| Total: | $114,175 |

4. A check in the amount of $114,175 should be made payable to "Damasco & Associates, Trust Account" and sent to Damasco & Associates LLP, 700 Monte Vista Lane, Half Moon Bay, CA 94019. For timely payment, the check should be received in our office on or before March 7, 2008.

5. The check will be deposited into a trust account from which the tax payments will be made. Therefore, the Employer Identification Number that should be written on the check is 26-1309647 because it is for tax payment on behalf of the SEC v Federal Home Distribution Fund.

Case 1:07-cv-01728-RCL    Document 15-2    Filed 03/19/2008    Page 2 of 2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on February 21, 2008 in Half Moon Bay, California.

_____
Jude P. Damasco

F:\Settlement Funds\SEC Agency Cases\SEC v Federal Home\2007\JPD US DC TR Dec.doc

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            :
**SECURITIES AND EXCHANGE COMMISSION**      :
                                            :
      **Plaintiff,**   :
                                            :
      v.              :  Civil Action No.
                                            :  07-CV-1728-RCL
                                            :
**FEDERAL HOME LOAN**                       :
    **MORTGAGE CORPORATION,**   :
**DAVID W. GLENN,**                         :
**VAUGHN A. CLARKE,**                       :
**ROBERT C. DEAN, and**                     :
**NAZIR G. DOSSANI,**                       :
                                            :
      **Defendants.**  :
_____:


**[PROPOSED] ORDER**
**TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS**

      The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations, and the supporting Declaration of Jude P. Damasco in Support of Request to Make Tax Payment, dated February 21, 2008 (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

      1. The Clerk of the Court shall issue a check on the Court Registry Investment System, account number 1:07-CV-1728, under the case name designation "SEC v. Federal Home Loan Mortgage Corporation, David W. Glenn, Vaughn A. Clarke, Robert C. Dean and Nazir G. Dossani" for the amount of $114,175, payable to "Damasco & Associates, Trust Account," for the payment of tax obligations as provided in the Declaration. The check shall contain the

-2-

notation "SEC v. Federal Home Distribution Fund, Employer Identification Number 26-1309647."

    2. The Clerk shall send the check by overnight mail to:

    Damasco & Associates LLP
    700 Monte Vista Lane
    Half Moon Bay, CA 94019
    Phone: 650-726-4100

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the Commission's billing number.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE