UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

SECURITIES AND EXCHANGE COMMISSION

    Plaintiff,

    v.                                                                 Civil Action No.
                                                                       07-CV-1728-RCL

FEDERAL HOME LOAN
    MORTGAGE CORPORATION,
DAVID W. GLENN,
VAUGHN A. CLARKE,
ROBERT C. DEAN, and
NAZIR G. DOSSANI,

    Defendants.
_____

## MOTION TO DISBURSE FUNDS TO PAY
## FEES AND EXPENSES OF TAX ADMINISTRATOR

        The Securities and Exchange Commission respectfully requests that the Court enter an Order for the Clerk of the Court to disburse funds on deposit with the registry of the Court to pay certain fees and expenses of the Tax Administrator.

        By separate orders dated September 28, 2007, the Court entered Final Judgment against defendants Federal Home Loan Mortgage Corp. ("Freddie Mac"), David W. Glenn ("Glenn"), Vaughn A. Clarke ("Clarke"), Robert C. Dean ("Dean") and Nazir G. Dossani ("Dossani"), pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.  Pursuant to the Final Judgments, in October 2007, amounts totaling $50,755,387 were paid to the Clerk of the Court by or on behalf of defendants Freddie Mac, Glenn, Clarke, Dean and Dossani (the "Distribution Fund").  The Distribution Fund was thereafter deposited into an interest bearing account in the Court Registry Investment System ("CRIS") for the U.S. District Court for the District of Columbia, account number 1:07-CV-1728, under the case name designation "SEC v.

Federal Home Loan Mortgage Corporation, David W. Glenn, Vaughn A. Clarke, Robert C. Dean and Nazir G. Dossani" (the "Distribution Fund").  The Distribution Fund constitutes a Qualified Settlement Fund ("QSF") under section 468B(g) of the Internal Revenue Code, 26 U.S.C. § 468B(g), and related regulations, 26 C.F.R. §§ 1.468B-1 through 1.468B-5.

By order dated October 25, 2007, the Court entered an order appointing Damasco & Associates LLP (the "Tax Administrator") to fulfill the tax obligations of the Distribution Fund.  Pursuant to that order, the Tax Administrator is required to pay taxes in a manner consistent with treatment of the Distribution Fund as a QSF, and is to be compensated for the tax services provided.

For the 2007 calendar year, the Tax Administrator has incurred fees and expenses of $1675 for tax services provided to the Disbursement Fund.  See Declaration of Jude P. Damasco in Support of Fee Request, dated February 21, 2008 (the "Declaration"), attached as Exhibit A.  The Declaration has been reviewed by the undersigned Commission counsel who has no objections.

**WHEREFORE**, for all the foregoing reasons, the Commission respectfully requests that the Court enter the attached proposed Order and grant such other relief as it deems just and proper.

Dated:  March 19, 2008                          Respectfully submitted,

                                                  **/s/ Suzanne J. Romajas**
                                       Suzanne J. Romajas (SR-4531)
                                       SECURITIES & EXCHANGE COMMISSION
                                       100 F Street, NE
                                       Washington, DC 20549
                                       Tel:  202-551-4473
                                       Fax:  202-772-9245
                                       E-mail:  RomajasS@sec.gov

                                       Attorneys for Plaintiff

# DECLARATION OF JUDE P. DAMASCO IN SUPPORT OF FEE REQUEST

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1. I am the managing partner of Damasco & Associates LLP ("Damasco"), located at 700 Monte Vista Lane, Half Moon Bay, CA 94019. I am a certified public accountant.

2. Damasco was appointed as Tax Administrator for the SEC v Federal Home Distribution Fund in the Order Appointing Damasco & Associates as Tax Administrator, Civil Action No. 07-CV-1728-RCL filed on October 25, 2007.

3. Pursuant to our engagement agreement with the SEC, attached is a true and correct copy of our invoice for preparation and filing of the 2007 qualified settlement fund tax returns and related tax compliance services for the SEC v Federal Home Distribution Fund.

4. Please remit payment in the amount of $1,675.00 via wire transfer or check according to the instructions listed on the attached invoice.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on February 21, 2008 in Half Moon Bay, California.

/s/ Jude P. Damasco
Jude P. Damasco

# Damasco & Associates LLP

PO Box 45719
San Francisco, CA 94145-0719
650-726-4100
FEIN 20-3042202

Suzanne Romajas
SEC v Federal Home Distribution Fund
U.S. Securities & Exchange Commission
100 F Street, Ne
Washington, DC  20549-403

OCATS: HO-9799   |   Case Number: 07-CV-1728-RCL

Invoice No.    17835
Date           Wednesday, February 20, 2008
Client No.     008330

---

| SERVICE | AMOUNT |
|---|---|
| Preparation and Filing of 2007 US and DC Qualified Settlement Fund Tax Returns. | $   1,675.00 |
| Current Amount Due | 1,675.00 |
| Prior Balance | 0.00 |

PLEASE REMIT PAYMENT VIA WIRE TRANSFER
OR CHECK ACCORDING TO THE INSTRUCTIONS BELOW:

WIRE FUNDS TO: UNION BANK OF CALIFORNIA
350 CALIFORNIA STREET, SUITE 1800
SAN FRANCISCO, CA 94104
ABA NUMBER: TO BE PROVIDED
BENEFICIARY ACCOUNT NUMBER: TO BE PROVIDED
BENEFICIARY ACCOUNT NAME: DAMASCO & ASSOCIATES LLP

OR

MAKE CHECK PAYABLE TO:

DAMASCO & ASSOCIATES LLP
700 MONTE VISTA LANE
HALF MOON BAY, CA 94019

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

SECURITIES AND EXCHANGE COMMISSION :

      Plaintiff,

      v.    :  Civil Action No.
            07-CV-1728-RCL

FEDERAL HOME LOAN
   MORTGAGE CORPORATION,
DAVID W. GLENN,
VAUGHN A. CLARKE,
ROBERT C. DEAN, and
NAZIR G. DOSSANI,

      Defendants.
_____

**[PROPOSED] ORDER
TO DISBURSE FUNDS
TO PAY FEES AND EXPENSES OF TAX ADMINISTRATOR**

     The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Fees and Expenses of Tax Administrator, and the supporting Declaration of Jude P. Damasco in Support of Fee Request, dated February 19, 2008 (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

     1. The Clerk of the Court shall issue a check on the Court Registry Investment System, account number 1:07-CV-1728, under the case name designation "<u>SEC v. Federal Home Loan Mortgage Corporation, David W. Glenn, Vaughn A. Clarke, Robert C. Dean and Nazir G. Dossani</u>" for the amount of $1675 payable to "Damasco & Associates LLP," for the payment of fees and expenses of the Tax Administrator as provided in the Declaration. The check shall

-2-

contain the notation "United States Securities and Exchange Commission v. Nortel Networks Corporation et al., Civil Action No. 07-CV-8851, Employer Identification Number 26-1481410, 2007 calendar year fees and expenses."

    2.  The Clerk shall send the check by overnight mail to:

    Damasco & Associates LLP
    700 Monte Vista Lane
    Half Moon Bay, CA 94019
    Phone:  650-726-4100

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the Commission's billing number.

Dated: _____

                                      _____
                                      UNITED STATES DISTRICT JUDGE