UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                           :
**SECURITIES AND EXCHANGE COMMISSION**     :
                                           :
           **Plaintiff,**                  :
                                           :
           v.                              :   **Civil Action No.**
                                           :   **07-CV-1728-RCL**
                                           :
**FEDERAL HOME LOAN**                      :
   **MORTGAGE CORPORATION,**               :
**DAVID W. GLENN,**                        :
**VAUGHN A. CLARKE,**                      :
**ROBERT C. DEAN, and**                    :
**NAZIR G. DOSSANI,**                      :
                                           :
           **Defendants.**                 :
_____:

**ORDER
TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS**

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations, and the supporting Declaration of Jude P. Damasco in Support of Request to Make Tax Payment, dated February 21, 2008 (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on the Court Registry Investment System, account number 1:07-CV-1728, under the case name designation "SEC v. Federal Home Loan Mortgage Corporation, David W. Glenn, Vaughn A. Clarke, Robert C. Dean and Nazir G. Dossani" for the amount of $114,175, payable to "Damasco & Associates, Trust Account," for the payment of tax obligations as provided in the Declaration. The check shall contain the

-2-

notation "SEC v. Federal Home Distribution Fund, Employer Identification Number 26-1309647."

    2. The Clerk shall send the check by overnight mail to:

>Damasco & Associates LLP
>700 Monte Vista Lane
>Half Moon Bay, CA 94019
>Phone:  650-726-4100

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the Commission's billing number.

Dated: 04/05/2008

                                  ____/s/_____
                                  U.S. District Judge Royce C. Lamberth