UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
:
SECURITIES AND EXCHANGE COMMISSION    :
:
      Plaintiff,    :
:
      v.    :    Civil Action No.
:    07-CV-1728-RCL
:
FEDERAL HOME LOAN    :
   MORTGAGE CORPORATION,    :
DAVID W. GLENN,    :
VAUGHN A. CLARKE,    :
ROBERT C. DEAN, and    :
NAZIR G. DOSSANI,    :
:
      Defendants.    :
_____:

ORDER
TO DISBURSE FUNDS
TO PAY FEES AND EXPENSES OF TAX ADMINISTRATOR

      The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Fees and Expenses of Tax Administrator, and the supporting Declaration of Jude P. Damasco in Support of Fee Request, dated February 19, 2008 (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

      1. The Clerk of the Court shall issue a check on the Court Registry Investment System, account number 1:07-CV-1728, under the case name designation "<u>SEC v. Federal Home Loan Mortgage Corporation, David W. Glenn, Vaughn A. Clarke, Robert C. Dean and Nazir G. Dossani</u>" for the amount of $1675 payable to "Damasco & Associates LLP," for the payment of fees and expenses of the Tax Administrator as provided in the Declaration. The check shall

-2-

contain the notation "<u>United States Securities and Exchange Commission v. Nortel Networks Corporation et al.</u>, Civil Action No. 07-CV-8851, Employer Identification Number 26-1481410, 2007 calendar year fees and expenses."

    2.  The Clerk shall send the check by overnight mail to:

    Damasco & Associates LLP
    700 Monte Vista Lane
    Half Moon Bay, CA 94019
    Phone:  650-726-4100

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the Commission's billing number.

Dated: 04/05/2008

                                            ____/s/_____
                                            U.S. District Judge Royce C. Lamberth