

# DAMASCO & ASSOCIATES LLP
ACCOUNTANCY AND CONSULTING

700 MONTE VISTA LANE
HALF MOON BAY, CA 94019

TELEPHONE: 650-726-4100
FACSIMILE: 650-726-4199
SAN FRANCISCO: 415-217-4900

MEMBER
AMERICAN INSTITUTE OF
CERTIFIED PUBLIC ACCOUNTANTS
TAX DIVISION AND
PRIVATE COMPANIES PRACTICE SECTION

CALIFORNIA SOCIETY OF
CERTIFIED PUBLIC ACCOUNTANTS

December 28, 2012

Stacey M. Nahrwold
Assistant Chief Litigation Counsel
U.S. Securities & Exchange Commission
Office of Distributions, Division of Enforcement
100 F Street, N.E.
Washington, DC 20549-6030

Re: **SEC v Federal Home Distribution Fund, HO-09633-B**
**Case No. 1:07-cv-01728-RCL**

Dear Ms. Nahrwold:

    I have enclosed with this letter the fully executed Declaration of Jude P. Damasco requesting funds for the above referenced case.

    Please let me know if you require any additional information. Thank you.

Sincerely,
**DAMASCO & ASSOCIATES LLP**

Kristie Buckley
Administrative Assistant

Enclosures

# DECLARATION OF JUDE P. DAMASCO IN SUPPORT OF FEE REQUEST

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1. I am the managing partner of Damasco & Associates LLP ("Damasco"), located at 700 Monte Vista Lane, Half Moon Bay, CA 94019. I am a certified public accountant.

2. Damasco was appointed as Tax Administrator for the SEC v Federal Home Distribution Fund ("Fund") in the Order Appointing Damasco & Associates as Tax Administrator, Case No. 1:07-cv-01728-RCL, filed on October 25, 2007.

3. Pursuant to our engagement agreement with the SEC, attached is a true and correct copy of our invoice number 30661 for preparation and filing of the 2012 qualified settlement fund tax returns and related tax compliance services for the Fund.

4. Please remit payment in the amount of $835.30 via wire transfer or check according to the instructions listed on the attached invoice.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on December 28, 2012 in Half Moon Bay, California.

Jude P. Damasco

# Damasco & Associates LLP

700 Monte Vista Lane
Half Moon Bay, CA 94019
650-726-4100
FEIN 20-3042202

Stacey M. Nahrwold, Asst. Chief Litigation Counsel
SEC v Federal Home Distribution Fund
U.S. Securities & Exchange Commission
Office of Collections and Distributions
100 F Street, NE
Washington, DC 20549-6030

SEC E.A. reference: HO-09633-B
SEC/DC Case Number: 1:07-cv-01728-RCL
Responsible Party for Payment: Distribution Fund
Tax Administrator Appointment Date: 10/25/2007

Invoice No. 30661
Date Thursday, December 27, 2012
Client No. 008330

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/12/2012 | IRS and State Reporting<br>1099 production. | Aaronson | 0.05 | $ 5.00 |
| 03/14/2012 | Processing/Proofing<br>1099 processing. | Badertscher | 0.10 | 8.00 |
| 05/04/2012 | Distribution Services<br>Distribution file review. | Sanchez | 1.20 | 312.00 |
| 10/04/2012 | File Review<br>Review notice and reconcile to file. | Sanchez | 0.50 | 130.00 |
| 10/15/2012 | Processing/Proofing<br>Check 2010 transcript for notice balance. | Murphy | 0.30 | 30.00 |
| 10/15/2012 | Correspondence<br>Review file & email SEC re 2011 DC notice. Document file. | Murphy | 0.40 | 40.00 |
| 10/16/2012 | Telephone Call<br>Review email from SEC counsel & call to clarify information needed in order to proceed. | Murphy | 0.10 | 10.00 |
| 10/17/2012 | File Review<br>DC notice payoffs. | Sanchez | 0.50 | 130.00 |
| 10/18/2012 | Processing/Proofing<br>Review file notes, check current balance on DC website & draft declaration re 2010 & 2011 DC notices. | Murphy | 0.50 | 50.00 |
| 10/24/2012 | Processing/Proofing<br>Finalize declaration requesting funds for 2010 & 2011 DC tax notices. | Murphy | 0.30 | 30.00 |

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/26/2012 | Processing/Proofing<br>Dispatch delcaration requesting funds for 2010 & 2011 DC tax notices. | Murphy | 0.75 | 75.00 |
| | | Total For Services | | 820.00 |
| 09/14/2012 | Postage Charge<br>DC OFC of Tax & Rev. 2012 DC T/R | $ | 6.80 | |
| 10/25/2012 | Court Document Retrieval | | 8.50 | |
| | | Total For Expenses | | 15.30 |
| | | Current Amount Due | $ | 835.30 |

PLEASE REMIT PAYMENT VIA WIRE TRANSFER OR CHECK
ACCORDING TO THE INSTRUCTIONS BELOW:

WIRE FUNDS TO:

UNION BANK
350 CALIFORNIA STREET, SUITE 1800
SAN FRANCISCO, CA 94104
ABA NUMBER: PROVIDED BY EMAIL
BENEFICIARY ACCOUNT NUMBER: PROVIDED BY EMAIL
BENEFICIARY ACCOUNT NAME: DAMASCO &
ASSOCIATES LLP OR

MAKE CHECK PAYABLE TO:

DAMASCO & ASSOCIATES LLP
700 MONTE VISTA LANE
HALF MOON BAY, CA 94019

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 835.30 | 0.00 | 0.00 | 0.00 | 0.00 | 835.30 |