

3301 Kerner Blvd.
San Rafael, CA 94901
P: (415) 461-0410
F: (415) 461-0412

May 11, 2017

Sondra Panahi
Securities and Exchange Commission
Division of Enforcement, Office of Distributions
801 Brickell Ave.
Miami, FL 33131

Re:  SEC v Federal Home Loan Mortgage Corporation, et al.., Civil Action No. 07-CV-1728-RCL
     Client Matter Number 4115
     Invoice: 4115-1

Invoice for professional services and case specific expenses incurred from January 22, 2013 through March 31, 2017 in connection with the printing and mailing of the notice and claim form for the above referenced matter.

*Professional Service Fees*

**Consult and Coordinate Case Administration Plan with the Commission**          **$ 15,781.88**

**Design and Draft Case Documents**                                             **$ 12,200.38**
- Summary Notice for Publication, Notice of Settlement and Distribution, Instructions, Proof of Claim Form, Frequently Asked Questions, FAQ message script and recording

**Set-up, Design & Maintain a Freddie Mac Fair Fund Webpage**                    **$    368.13**
- Includes links to the Notice, Proof of Claim, FAQs and other Commission related documents as desired

**Broker/Nominee Solicitations correspondence**                                 **$  5,070.63**
- Create claimant mailing database

**Periodic Reporting**                                                          **$   605.63**
- Case reporting throughout the administration
  - Mailing Declarations
  - Periodic status updates

                                        **Professional Service Fees Subtotal    $ 34,026.65**

*Case-Specific Expenses*

| | | |
|---|---|---|
| **Damage Expert – Generate Damage Plan** | **$ 20,162.50** | |
| **Print/Mail Notice/Claim Form** | **$ 26,300.00** | |
| **Postage Incurred to Date** | **$  4,048.82** | |
| **Press Release** | **$  1,224.00** | |
| **Broker Solicitation Letter** | **$  1,266.11** | |
| **Broker/Nominee Reimbursement** | **$    50.00** | |
| **Claimant Support** | **$    926.25** | |
| | **Case-Specific Expenses Subtotal** | **$ 53,977.68** |

**Total Amount Due for Services**                                               **$ 88,004.33**

We pride ourselves on being a trusted resource and on providing outstanding service to our clients.  Please feel free to contact our Case Manager, Nashira McCoy, directly at nashira.mccoy@gilardi.com or by phone at (415) 458-3062, with any questions or concerns.