

3301 Kerner Blvd.
San Rafael, CA 94901
P: (415) 461-0410
F: (415) 461-0412

June 29, 2017

Sondra Panahi
Securities and Exchange Commission
Division of Enforcement, Office of Distributions
801 Brickell Ave.
Miami, FL 33131

Re: SEC v Federal Home Loan Mortgage Corporation, et al.., Civil Action No. 07-CV-1728-RCL
    Client Matter Number 4115
    Invoice: 4115-2

Invoice for professional services and case specific expenses incurred from April 1, 2017 through May 31, 2017 in connection with the printing and mailing of the notice and claim form for the above referenced matter.

*Professional Service Fees*

**Consult and Coordinate Case Administration Plan with the Commission**      $ 1,977.23

**Design and Draft Case Documents**      $ 124.68
- Summary Notice for Publication, Notice of Settlement and Distribution, Instructions, Proof of Claim Form, Frequently Asked Questions, FAQ message script and recording

**Broker/Nominee Solicitations correspondence**      $ 5,367.98
- Create claimant mailing database

**Claims Processing**      $ 1,918.55

|  | **Professional Service Fees Subtotal** | $ 9,388.44 |
|---|---|---|

*Case-Specific Expenses*

| | | |
|---|---|---|
| Print/Mail Notice/Claim Form | $ 29,122.50 | |
| Postage Incurred to Date | $ 15,661.10 | |
| Broker/Nominee Reimbursement | $ 17,970.19 | |
| Claimant Support | $  2,570.29 | |
| | **Case-Specific Expenses Subtotal** | $ 65,324.08 |

**Total Amount Due for Services**      $ 74,712.52

We pride ourselves on being a trusted resource and on providing outstanding service to our clients. Please feel free to contact our Case Manager, Nashira McCoy, directly at nashira.mccoy@gilardi.com or by phone at (415) 458-3062, with any questions or concerns.