

Gilardi
& Co LLC
3301 Kerner Blvd.
San Rafael, CA 94901
P: (415) 461-0410
F: (415) 461-0412

October 30, 2017

Sondra Panahi
Securities and Exchange Commission
Division of Enforcement, Office of Distributions
801 Brickell Ave.
Miami, FL 33131

Re: SEC v Federal Home Loan Mortgage Corporation, et al.., Civil Action No. 07-CV-1728-RCL
    Client Matter Number 4115
    Invoice: 4115-3

Invoice for professional services and case specific expenses incurred from June 1, 2017 through September 30, 2017 in connection with the claims administration for the above referenced matter.

*Professional Service Fees*
| | | |
|---|---|---:|
| | Case Administration Foundation, Coordination and Management | $ 8,311.50 |
| | Notification Coordination and Broker/Nominee Solicitation & Correspondence | $ 2,676.54 |
| | Claims Intake and Processing | $ 86,693.14 |
| | Periodic Reporting | $ 285.00 |
| | Claimant Support | $ 2,186.13 |
| | **Professional Service Fees Subtotal** | **$100,152.31** |

*Case-Specific Expenses*
| | | |
|---|---|---:|
| | Print/Mail Notice/Claim Form | $ 8,610.25 |
| | Postage Incurred to Date | $ 2,501.30 |
| | Broker Late Letter | $ 162.05 |
| | Broker/Nominee Reimbursement | $ 17,436.55 |
| | **Case-Specific Expenses Subtotal** | **$ 28,710.15** |

**Total Amount Due for Services**      **$128,862.46**