

3301 Kerner Blvd.
San Rafael, CA 94901
P: (415) 461-0410
F: (415) 461-0412

January 18, 2018

Sondra Panahi
Securities and Exchange Commission
Division of Enforcement, Office of Distributions
801 Brickell Ave.
Miami, FL 33131

Re: SEC v Federal Home Loan Mortgage Corporation, et al.., Civil Action No. 07-CV-1728-RCL
    Client Matter Number 4115
    Invoice: 4115-4

Invoice for professional services and case specific expenses incurred from October 1, 2017 through December 31, 2017 in connection with the claims administration for the above referenced matter.

*Professional Service Fees*

| | |
|---|---|
| Case Administration Foundation, Coordination and Management | $ 5,277.28 |
| Notification Coordination and Broker/Nominee Solicitation & Correspondence | $ 165.30 |
| Claims Intake and Processing | $ 74,591.28 |
| Customize Case Software with Calculation Methodology | $ 8,000.00 |
| Periodic Reporting | $ 463.13 |
| Claimant Support | $ 1,603.23 |
| **Professional Service Fees Subtotal** | **$ 90,100.22** |

*Case-Specific Expenses*

| | |
|---|---|
| Address Searches | $ 4.34 |
| **Case-Specific Expenses Subtotal** | **$ 4.34** |

| | |
|---|---|
| **Total Amount Due for Services** | **$ 90,104.56** |