

P.O. Box 6191, Novato, CA 94948-6191
415-798-5900, 800-211-5201
Fax: 415-892-7354
www.kccllc.com

SEC v Freddie Mac
Sondra Panahi
Securities and Exchange Commission
Division of Enforcement, Office of Distributions
801 Brickell Ave.
Miami FL 33131

| **Contact** | Nashira McCoy |
| **Telephone** | (415)458-3062 |
| **Job Number** | SECFM |

Invoice for professional services and case specific expenses incurred from January 1, 2018 through March 31, 2018 in connection with the claims administration for the above referenced matter.

| Account Number | SFM_GIL | Invoice Date | 30 May 2018 |
|---|---|---|---|
| Invoice Number | US_GILH1374371 | Due Date | 29 June 2018 |

.

| **Professional Service Fees** | **Units** | **Rate** | **Amount** |
|---|---|---|---|
| Claims Intake and Processing | | | $84,653.65 |
| Notification Coordination and Broker/Nominee Solicitation & Correspondence | | | $2,370.73 |
| Reporting and Declarations | | | $213.75 |
| Case Administration Foundation, Coordination and Management | | | $13,225.88 |
| Claimant Support | | | $1,104.38 |
| | **Total Professional Service Fees** | | **$101,568.39** |

| **Case-Specific Expenses** | **Units** | **Rate** | **Amount** |
|---|---|---|---|
| Telephone Support | 154.27 | $1.20 | $185.12 |
| Broker/Nominee Reimbursement | | | $1,080.00 |
| | **Total Case-Specific Expenses** | | **$1,265.12** |



| Account Number | SFM_GIL | Invoice Date | 30 May 2018 |
|---|---|---|---|
| Invoice Number | US_GILH1374371 | Due Date | 29 June 2018 |

.

|  | Invoice Subtotal | $102,833.51 |
|---|---|---|
|  | Total Sales and Use Tax | $0.00 |
|  | **Total Amount Due** | **$102,833.51** |